UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEXTER A. CHEATHAM #418181,

    Plaintiff,

v.

    File no: 2:16-CV-239

    HON. ROBERT J. JONKER

UNKNOWN BENSON, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on June 12, 2018 (ECF No. 28). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 28) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Gallagher's motion for summary judgment (ECF No. 19) is **GRANTED**

**IT IS FURTHER ORDERED** that Defendant Gallagher is dismissed from this action without prejudice.

Date:   July 3, 2018          /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      CHIEF UNITED STATES DISTRICT JUDGE